WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Javon Tamar Williams,<br><br>    Plaintiff,<br><br>vs.<br><br>State of Arizona, et al.,<br><br>    Defendants. | No.  CV 13-2306-PHX-RCB (MHB)<br><br><br>**O R D E R** |

  On November 12, 2013, Plaintiff Javon Tamar Williams, who was confined in the Maricopa County Fourth Avenue Jail, filed a *pro se* civil rights Complaint and an Application to Proceed *In Forma Pauperis*.  In an Order dated January 13, 2014, the Court dismissed the Complaint without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute, and the Clerk of Court entered Judgment that same day.  On January 17, 2013, Plaintiff filed a Motion to Re-open Case, which he amended on January 21, 2014.  Following that, Plaintiff filed nineteen other Motions, many of which were incomprehensible, and ten "Notices."  In an Order dated February 24, 2014, the Court denied the Motion to Re-open and all other motions, to the extent any relief was requested in them.

  On February 25, 2014, Plaintiff filed in this closed case an unsigned "Notice to ORDER physician to Scientific Progress NOTE," which the Clerk of Court docketed as a Motion to Appoint Expert (Doc. 57).  Plaintiff has also filed eighteen other "Notices"

(Doc. 52-56, Doc. 58-71). This case is **closed** and, therefore, the Court will deny the Motion to Appoint Expert, to the extent any relief is requested therein.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Appoint Expert (Doc. 57) is **denied**.

DATED this 28th day of March, 2014.

_____
Robert C. Broomfield
Senior United States District Judge